IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANKLIN XAVIER,

Defendant.                                                                No. 01-CR-30038-DRH

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

      Before the Court is a motion for an order to attribute jail credits filed by Defendant Franklin Xavier in this closed criminal case. (Doc. 56.) Xavier is currently an inmate at Leavenworth Penitentiary in Kansas and is serving a 60 month sentence for his conviction in the above-captioned case. (Doc. 45.) Xavier's present motion contests the Federal Bureau of Prisons' (BOP) calculation of his sentence and specifically seeks subtraction of the time he spent in jail awaiting trial from the time he has left to serve. (Doc. 56.)

      The Court **DENIES** Xavier's motion based on lack of jurisdiction. (Doc. 56.) Claims regarding sentencing credits constitute challenges to the *execution* rather than to the *validity* of a sentence and must be construed as petitions for writ of habeas corpus under **28 U.S.C. § 2241**. *See Clemente v. Allen*, **120 F.3d 709, 705 (7th Cir. 1997)(stating "challenges to the computation of a sentence must**

1

**be brought under 28 U.S.C. § 2241**"). As a *de facto* § 2241 petition, Xavier's sentence computation issue must be raised in the district court in the district where petitioner is confined and his custodian is located. **28 U.S.C. § 2241(a);** *Samirah v. O'Connell*, **335 F.3d 545 (7th Cir. 2003)(stating "[i]f [a petitioner] is to proceed under § 2241, he must name his custodian as respondent and file the petition in a district court that has jurisdiction over his custodian; otherwise, the district court would lack jurisdiction"**). Since Xavier is currently confined at Leavenworth Penitentiary in Kansas, he must file a proper § 2241 petition in that district.

**IT IS SO ORDERED.**

Signed this 1st day of June, 2005.

/s/   David RHerndon
**United States District Judge**

2